In the Matter of CLARENCE SCOTT et al., Appellants; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Argued April 9, 1941; decided April 24, 1941.

*Colman Taylor* for appellants.

*John J. Bennett Jr.*, Attorney-General (*W. Gerard Ryan, Francis R. Curran* and *Henry Epstein* of counsel), for respondent.

Order affirmed, with costs; no opinion. (See 285 N. Y. 847.)

Concur: LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and RIPPEY, J.